UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
IN COURT
CHARLOTTE, N. C.
JUL 26 2005
3:05 cr 277
U. S. DISTRICT COURT
W. DIST. OF N. C.

| UNITED STATES OF AMERICA | ) | DOCKET NO. |
| --- | --- | --- |
| v. | ) | ORDER SEALING INDICTMENT |

(1) JAMES F. KEATING
(2) ROBERT STAMPER
(3) ROBERT D. MATHIESON
(4) DENNIS C. ELLIOTT
(5) HOWARD FERGUSON
    a/k/a Bog Doctor
(6) SHOMARI F. HAKEEM
(7) TOM KEATING
(8) SHAWN HOWIE
    a/k/a Buzz Lightyear
(9) PETER ISKANDER
(10) RICHARD RATLIFF
(11) JASON B. ROCHE
(12) THOMAS E. DUNLAP
(13) WILLIE L. BROWN
(14) KEITH BOOKER
(15) STEVE MCCULOUGH
(16) EUGENE FREEMAN
(17) LESTER MCCOY, JR.
(18) ROBERT ROYAL
(19) DAVID A. SHULZ
(20) JACKSON GOODWIN
    a/k/a/ Action Jackson
(21) DARREN DENNIS
(22) GEORGE FREE
(23) PAMELA KELLY
(24) JOHN EDMUNDS
(25) CURTIS T. BEAM
(26) FRANK BINDER
(27) TYRONE KITTRELL
(28) DONALD P. FONTENOT, JR.
(29) DOROTHY T. HOWZE
(30) MICHAEL HOWZE
(31) JAMES HOWZE
(32) FIVE STAR AUTO MALL, INC.
(33) MONROE AUTO MALL, INC.
(34) SOUTH BOULEVARD AUTO MALL, INC.

"UNDER SEAL"

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order and Bill of Indictment be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order, Bill of Indictment be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 26th day of July, 2005.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE