RECEIVED
CHARLOTTE, N.C.
JUL 27 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

FILED
CHARLOTTE, N.C.
JUL 27 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR227OF |
| | ) | |
| v. | ) | |
| | ) | **ORDER UNSEALING** |
| | ) | **INDICTMENT** |
| (1) JAMES F. KEATING | ) | |
| (2) ROBERT STAMPER | ) | |
| (3) ROBERT D. MATHIESON | ) | |
| (4) DENNIS C. ELLIOTT | ) | |
| (5) HOWARD FERGUSON | ) | |
|     a/k/a Bog Doctor | ) | |
| (6) SHOMARI F. HAKEEM | ) | |
| (7) TOM KEATING | ) | |
| (8) SHAWN HOWIE | ) | |
|     a/k/a Buzz Lightyear | ) | |
| (9) PETER ISKANDER | ) | |
| (10) RICHARD RATLIFF | ) | |
| (11) JASON B. ROCHE | ) | |
| (12) THOMAS E. DUNLAP | ) | |
| (13) WILLIE L. BROWN | ) | |
| (14) KEITH BOOKER | ) | |
| (15) STEVE MCCULOUGH | ) | |
| (16) EUGENE FREEMAN | ) | |
| (17) LESTER MCCOY, JR. | ) | |
| (18) ROBERT ROYAL | ) | |
| (19) DAVID A. SHULZ | ) | |
| (20) JACKSON GOODWIN | ) | |
|     a/k/a/ Action Jackson | ) | |
| (21) DARREN DENNIS | ) | |
| (22) GEORGE FREE | ) | |
| (23) PAMELA KELLY | ) | |
| (24) JOHN EDMUNDS | ) | |
| (25) CURTIS T. BEAM | ) | |
| (26) FRANK BINDER | ) | |
| (27) TYRONE KITTRELL | ) | |
| (28) DONALD P. FONTENOT, JR. | ) | |
| (29) DOROTHY T. HOWZE | ) | |
| (30) MICHAEL HOWZE | ) | |
| (31) JAMES HOWZE | ) | |
| (32) FIVE STAR AUTO MALL, INC. | ) | |
| (33) MONROE AUTO MALL, INC. | ) | |
| (34) SOUTH BOULEVARD AUTO MALL, INC. | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order unsealing the Bill of Indictment in the case numbered above; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Bill of Indictment in the above-captioned case be unsealed.

This the 27th day of July, 2005.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE